**SO. CAL. EQUAL ACCESS GROUP**
Jason J. Kim (SBN 190246)
Jason Yoon (SBN 306137)
101 S. Western Ave., Second Floor
Los Angeles, CA 90004
Telephone: (213) 252-8008
Facsimile:  (213) 252-8009
scalequalaccess@yahoo.com

Attorneys for Plaintiff
KENNETH DAVIDSON

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH DAVIDSON,<br><br>        Plaintiff,<br><br>    vs.<br><br>HARDEEP SINGH D/B/A AN'S MARKET AND LIQUOR; RICARDO GARIBAY, AS TRUSTEE OF THE GARIBAY FAMILY LIVING TRUST; DOES 1 to 10,<br>        Defendants. | **Case No.: 8:20-cv-01887-CJC-ADSx**<br><br>**JOINT STIPULATION FOR DISMISSAL OF THE ENTIRE ACTION WITH PREJUDICE** |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Attorneys for Plaintiff KENNETH DAVIDSON ("Plaintiff") and Defendants HARDEEP SINGH D/B/A AN'S MARKET AND LIQUOR and RICARDO GARIBAY, AS TRUSTEE OF THE GARIBAY FAMILY LIVING TRUST (collectively, the "Parties") stipulate and jointly request that this Court enter a dismissal with prejudice as to the entire above-entitled action, in its entirety.  The parties shall each bear their own costs and attorneys' fees.

Respectfully submitted,

DATED:  December 15, 2020    SO. CAL. EQUAL ACCESS GROUP

By:  /s/        Jason J. Kim_____
                   Jason J. Kim
                   Attorneys for Plaintiff

Dated: December 16, 2020        **MK SMITH**

By: _____/s/ Jason K. Smith_____
       JASON K. SMITH
       Attorney for Defendants

Certification Pursuant to Local Rule 5-4.3.4(a)(2)(i)

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I, Jason J. Kim, do attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated:  December 16, 2020        By:  /s/ Jason J. Kim_____
                                                Jason J. Kim

1