UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**JS-6**

## CIVIL MINUTES – GENERAL

| Case No. | SACV 20-01887-CJC (ADSx) | Date | December 16, 2020 |
|---|---|---|---|
| Title | Kenneth Davidson v. Hardeep Singh, et al | | |

| Present: The Honorable | CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE |
|---|---|

| Cheryl Wynn | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS:** (IN CHAMBERS) ORDER DISMISSING ACTION ON STIPULATION TO DISMISS

Having been advised by the parties that this action has been resolved (*see* Stipulation to Dismiss Case With Prejudice [19]), the Court hereby orders the action dismissed with prejudice, and all proceedings and deadlines vacated.

                                                                                        -     :     -

                                        Initials of Deputy Clerk    cw